## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: Mark T. Gallagher<br>Attorney at Law, Bar No. 180514 | Case No. 2:20-ms-00080<br><br>ORDER OF DISBARMENT |

Attorney Mark T. Gallagher, California Bar No. 180514, was permanently enjoined by the Nevada Supreme Court from practicing law in Nevada pursuant to the Order of Injunction filed September 11, 2019. On December 16, 2020, this Court issued and entered an initial Order to Show Cause (ECF No. 1 ("OSC")) mailed via certified mail. However, the Order to Show Cause was returned by the United States Postal Service marked "Return to sender-Insufficient Address-Unable to forward." Regardless, the OSC provided Mr. Gallagher with 30 days to respond with reasons why he should not be disbarred by this Court. (*Id.*) No response has been received from Mr. Gallagher. Failure to respond within thirty 30 days warrants an Order of Disbarment. *See* LR IA 11-7.

It is therefore ordered that Mark T. Gallagher, Bar No. 180514, is hereby disbarred from practice in the United States District Court for the District of Nevada.

DATED THIS 1st Day of February 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 1st day of February 2021, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Mark T. Gallagher
>Law Office of Mark Gallagher
>177 Parkshore Dr,
>Folsom, CA 95630

Certified Mail No.: 7018 3090 0001 1163 9788

>/s/ Lorena Q.
>Deputy Clerk
>United States District Court,
>District of Nevada